■

BRIDGE HARDWARE CO., INC., Respondent, v. DISOSWAY & FISHER, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [199 Misc. 259.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNET GINSBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

ELEANORA BELLIZIA, Individually and as Administratrix of the Estate of JAMES BELLIZIA, Deceased, Appellant, v. ANN M. TADDEO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

LAWTON ESTATES, INC., Appellant, v. HENRY L. SCHENK, Respondent.— Determination affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Dore and Van Voorhis, JJ., dissent and vote to reverse and grant judgment to the landlord [appellant] for $15.65. [See post, pp. 926, 942.]

■

RUBIN SZTEJN, Respondent, v. EMANUEL STERN, Defendant, and HERMAN STERN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

WALTER MARSHALL, Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

JULIUS HAMBURG et al., Respondents, v. 1521 INWOOD AVE. CORP., Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and defendant-appellant's motion for summary judgment dismissing the complaint granted, and judgment is directed to be entered dismissing the complaint herein, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

INTERNATIONAL DIESEL ELECTRIC COMPANY, INCORPORATED, Appellant, v. SOLOMON MARCHAK, Defendant. ANDREW R. L. MCNAUGHTON, Respondent.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Peck, P. J., dissents and votes to reverse and dismiss the third-party claim.